# Order

Michigan Supreme Court
Lansing, Michigan

December 3, 2008

137594

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re CHRISTOPHER SEGAR, THOMAS
SEGAR, and ERIC SEGAR, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

        SC: 137594
        COA: 284817
        Clare CC Family Division:
        07-000221-NA

JOSEPH SEGAR,
        Respondent-Appellant,

and

TINA SEGAR,
        Respondent.

_____/

        On order of the Court, the application for leave to appeal the October 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2008                   _____
                                          Clerk

s1125